UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    MICHAEL L. McCLERNON, SR.

                     Plaintiff(s)

      -vs-                                                  05-Cv-6257T

    BEAVER DAMS VOLUNTEER FIRE
    COMPANY, INC.

                     Defendant(s)
_____

        By letter dated November 14, 2006, counsel for plaintiff requests a 30 day adjournment of defendant's motion for summary judgment to allow him time to file opposition papers. Counsel for defendant consents to plaintiffs' request. Accordingly, it is hereby,

        ORDERED, that plaintiff shall file his response papers no later than December 21, 2006. Defendant shall file reply papers, if any, no later than January 16, 2007. Defendant's motion for summary judgment will be considered submitted without oral argument on January 18, 2007.

                                                      S/ MICHAEL A. TELESCA
                                                  MICHAEL A. TELESCA
                                                  United States District Judge

Dated: November 17, 2006